UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In the Matter of                                    File No.  11-31827

MICHAEL D. JACKSON                                  Chapter 7
SHANNON MARIE ALBRING
                                                    JUDGE DANIEL S. OPPERMAN
_____Debtors/

## DECLARATION OF DISINTERESTEDNESS

I, Michael A. Mason, attorney at law, declare as follows:

I am a disinterested person within the meaning of 11 USC 101(14).  Other than serving on the United States Trustee's panel of Chapter 7 trustees and serving as Debtors' Trustee, neither I nor any of my partners or associates has any connection with the Debtors' creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. Further, I do not hold or represent any interest adverse to the Debtors or the estate and am eligible to serve as counsel for the estate and Trustee pursuant to the provisions of 11 USC 327(d).

I declare under penalty of perjury that the foregoing is true and correct.

This declaration of disinterestedness is filed pursuant to E.D.Mich.L.R. 2014-1(c) appointing the undersigned as attorney for the bankruptcy estate and the trustee.  Counsel shall be compensated for services rendered at whatever hourly rate is in effect for counsel at the time the service is provided.  Counsel's present rate is $250.00 per hour.

Date:  May 27, 2011                 /s/Michael A. Mason
                                    516 W. Court Street
                                    Flint  MI  48503
                                    Phone: (810) 234-9201
                                    Email:  mamtrustee@sbcglobal.net
                                    P 17185

Prepared by:
Michael A. Mason(P17185)
516 W. Court Street Flint  MI  48503
Phone: (810) 234-9201
Email : mamtrustee@sbcglobal.net

1