UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In the Matter of                                                  File No.  11-31827

MICHAEL D. JACKSON                                                Chapter 7
SHANNON MARIE ALBRING
    Debtors                                       JUDGE DANIEL S. OPPERMAN

MICHAEL A. MASON
Chapter 7 Trustee
516 W. Court Street                **MOTION TO DISMISS**
Flint, MI 48503

    Now comes Michael A. Mason Trustee and moves this Honorable Court to enter an order dismissing the above-entitled cause, and in support thereof states as follows:

    1. Pursuant to 11 U.S.C. Sec. 343 the Debtors shall appear and be examined under oath by creditors.

    2. Notice was given in compliance with 11 U.S.C. Sec. 342 setting the Creditors' Meeting for May 26, 2011.  The Debtors failed to appear as directed.

    3. At the 341 Meeting the Trustee gave oral notice to interested parties that he intended to file a Motion to Dismiss the case.

    **WHEREFORE**, the Trustee requests that this Court enter an order pursuant to 11 U.S.C. Sec. 707(a)(1) dismissing this case for unreasonable delay that is prejudicial to creditors. If a request is made to continue the case, it is requested that any continuation be contingent upon the payment of costs to the Trustee and its counsel for having to pursue this dismissal.

Dated:  May 27, 2011

    /s/Michael A. Mason (P17185)
    516 W. Court Street
    Flint MI  48503
    PH  810-234-9201
    Email: mamtrustee@sbcglobal.net

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

| | |
|---|---|
| In the Matter of | File No. 11-31827 |
| MICHAEL D. JACKSON<br>SHANNON MARIE ALBRING | Chapter 7 |
| Debtors | JUDGE DANIEL S. OPPERMAN |

## ORDER DISMISSING CASE FOR DEBTORS' FAILURE TO ATTEND MEETING OF CREDITORS

After the Debtors filed a petition for relief, they were required to appear and submit to examination under oath at a meeting of creditors. The Debtors did not appear at the scheduled meeting. The Trustee gave the appropriate notice pursuant to L.B.R. 2003-1 (E.D.M.) then filed a motion requesting dismissal. No response to the motion was timely filed. The Court concludes that cause exists to dismiss the case.

Therefore **IT IS ORDERED** that the case is **DISMISSED**.

**EXHIBIT 1**

2

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In the Matter of                                              File No.  11-31827

MICHAEL D. JACKSON                                            Chapter 7
SHANNON MARIE ALBRING
                    Debtors  /    JUDGE DANIEL S. OPPERMAN

 MICHAEL A. MASON
Chapter 7 Trustee
516 W. Court Street
Flint  MI  48503

**NOTICE & OPPORTUNITY FOR HEARING RE MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that pursuant L.B.R. 2003-1 (E.D.M.) Debtors must file a written response to the Motion to Dismiss within 14 days after the filing of the Motion to Dismiss. The response shall contain affidavits or declarations of persons with actual knowledge of any facts explaining or justifying the Debtors' failure to appear at the Meeting of Creditors together with any documentary corroborating evidence.

**PLEASE TAKE FURTHER NOTICE** that if the Debtors fail to timely respond the Trustee may file a certification of non-response with the Court and may thereafter enter an order dismissing the case without a hearing.

                                                /s/Michael A. Mason (P17185)
                                                516 W. Court Street
                                                Flint MI  48503
                                                PH  810-234-9201
                                                Email: mamtrustee@sbcglobal.net
Date of Service:  May 27, 2011


                                  EXHIBIT "2"


Prepared by:
Michael A. Mason (P17185)
Attorney at Law
516 W. Court Street
Flint, MI 48503 PH (810) 234-9201

3

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In the Matter of                                                File No. 11-31827

MICHAEL D. JACKSON                                              Chapter 7
SHANNON MARIE ALBRING
              Debtors    /                   JUDGE DANIEL S. OPPERMAN

CERTIFICATE OF SERVICE

MICHAEL A. MASON
Chapter 7 Trustee
516 W. Court Street
Flint, MI 48503

     I hereby certify that on May 27, 2011, I served the following papers: Motion to Dismiss with Order Dismissing attached as Exhibit "1", the Notice & Opportunity for Hearing Re: Motion to Dismiss attached as Exhibit 2, the Certification of Oral Announcement attached as Exhibit "5" and the Certificate of Service attached as Exhibit 4 on the following parties at this address:

Michael D. Jackson and Shannon Marie Albring, 209 W. Marengo, Flint MI 48505

by the following means: mailed by United States Postal Service.

                                                               EXHIBIT "4"

                                                          /s/Pamela Mason
                                                          516 West Court St.
                                                          Flint, MI 48503-5010
                                                          Phone (810) 234-9201
                                                          Email: mamtrustee@sbcglobal.net

Prepared by:
Michael A. Mason (P17185)
Attorney at Law
516 W. Court Street
Flint, MI 48503  PH (810) 234-9201

UNITED STATES BANKRUPTCY COURT -EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

In the Matter of                                        File No.   11-31827

MICHAEL D. JACKSON                         Chapter 7
SHANNON MARIE ALBRING
                  Debtors/                 JUDGE  DANIEL S. OPPERMAN

**CERTIFICATION OF ORAL ANNOUNCEMENT OF INTENT TO DISMISS**

 The Trustee, Michael A. Mason, hereby certifies that after the Debtors failed to appear at the Meeting of Creditors on May 26, 2011, the Trustee, pursuant to L.B.R. 2003-1 (E.D.M.) orally announced that he intended to file a Motion to Dismiss the case for the Debtors' failure to attend the meeting; that if a creditor opposes the motion, the creditor must file an objection to the dismissal within 14 days from the filing of the motion and if an objection is not timely filed, the court may enter an order dismissing the case without a hearing.

                                           /s/Michael A. Mason  (P17185)
                                           516 W. Court Street
                                           Flint MI  48503
                                           PH  810-234-9201
                                           Email: mamtrustee@sbcglobal.net

      Subscribed and sworn to before me this 27th day of May, 2011.

/s/Deborah M. Barkiewicz

Notary Public: State of Michigan, County of Genesee           **EXHIBIT 5**
My Commission expires: 09/15/2016
516 W. Court Street,  Flint MI  48503
PH  810-234-9201
Email: mamtrustee@sbcglobal.net

5